FILED
U.S. DISTRICT COURT
DISTRICT

2016 JUL 20  PM 12: 37

CASE NUMBER: MJG-13-2678
CASE NAME: Larry Bingman –v- Baltimore County

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

How much money did Baltimore County pay for the employer contribution to health insurance for a laborer II from 2010-2016?

JUROR NUMBER: 2

DATE: 7/14/16
TIME: Time. 2:21

For Court Use Only:
Recv'd by: CSO Jerry Flanary   DATE: 7-14-16   TIME: 1421 HRS
Court Exhibit #: 2

Jury Note (Rev. 2/2009)

U.S. DISTRICT COURT
DIST.

2016 JUL 20  PM 12: 37

CASE NUMBER: MJG-13-2678
CASE NAME: Larry Bingman –v- Baltimore County

Can we please have the taped jury instructions?

JUROR NUMBER: 5

DATE: 7/14/16
TIME: Time. 1550

For Court Use Only:
Recv'd by: _____  DATE: _____  TIME: _____
Court Exhibit #: 3

Jury Note (Rev. 2/2009)

CASE NUMBER: MJG-13-2678
CASE NAME: Larry Bingman –v- Baltimore County

WE REACHED VERDICT

JUROR NUMBER: 10

DATE: 7/18/2016
TIME: Time.

**For Court Use Only:**
Recv'd by: _____   DATE: _____   TIME: _____
Court Exhibit #: 4

Jury Note (Rev. 2/2009)