ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 JUL 20 PM 12: 37
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | | |
|---|---|---|
| LARRY R. BINGMAN | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-13-2678 |
| BALTIMORE COUNTY, MARYLAND | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

SPECIAL VERDICT

### SECTION ONE - WRONGFUL DISCHARGE CLAIM

A. LIABILITY

1. Has Plaintiff Larry Bingman proven, by a preponderance of the evidence, that Baltimore County, Maryland, wrongfully terminated his employment?

<u>Yes</u>
Yes or No

**If your answer is Yes, proceed to Part B, Damages.
If your answer is No, proceed to Section Two.**

B. ECONOMIC DAMAGES

2. What amount, if any, of lost wages and benefits do you find that Plaintiff Larry Bingman has proven by a preponderance of the evidence?

<u># 314,000</u>
(Zero or an amount)

**Proceed to Question 3.**

1

3.  Has Baltimore County proven by a preponderance of the evidence that, for any time between the date of his termination to today, Plaintiff Larry Bingman failed to make a reasonable effort to obtain work that was available to him?

_____Yes_____
Yes or no

**If your answer is Yes, proceed to answer the next two questions (3.a. and 3.b.).**

**If your answer is No, proceed to Part C.**

   a.  If so, for what period of time has Baltimore County proven by a preponderance of the evidence that he failed to make a reasonable effort to obtain work that was available to him?

_____218 weeks_____
(Zero or a number of weeks)

   b.  By how much, if any, do you find that Baltimore County has proven by a preponderance of the evidence that Mr. Bingman's economic damages should be reduced?

_____$218,000_____
(Zero or an amount)

**Proceed to Part C.**

C.  NON-ECONOMIC DAMAGES

4.  What amounts, if any, do you award Plaintiff Larry Bingman for non-economic damages?

_____$298,000_____
(Zero or an amount)

**Proceed to Section Two.**

2

## SECTION TWO - Medical-Related Claims

5.  Has Plaintiff Larry Bingman proven, by a preponderance of the evidence, that Baltimore County, Maryland wrongfully obtained a medical examination or made a wrongful inquiry?

                                    __Yes__
                                    Yes or No

**If your answer is Yes, proceed to Question 6, Damages.**
**If your answer is No, answer no further questions.**

6.  What amount of damages, if any, do you award Plaintiff Larry Bingman on this claim?

                                    __$ 6,000__
                                    (Zero or an amount)

The foregoing constitutes the unanimous verdict of the Jury.

Date: __14 July 2016__

**SIGNATURE REDACTED**
Foreperson